# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-cv-922

| | |
|---|---|
| BRENDA W. GOODMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TORIANO JERMAINE HARVELL )<br>(DECEASED) a/k/a ESTATE OF )<br>TORIANO JERMAINE HARVELL and )<br>ADM TRUCKING, INC. and/or ADM )<br>MILLING CO. and/or ARCHER DANIELS )<br>MIDLAND COMPANY, )<br>)<br>Defendant. ) | **NOTICE OF REMOVAL** |

**TO THE CLERK OF COURT:**

Defendant ADM Trucking, Inc. ("ADM Trucking") (incorrectly sued as ADM Trucking, Inc. and/or ADM Milling Co. and/or Archer Daniels Midland Company) hereby removes this action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Removal, ADM Trucking states:

1. On or about September 17, 2024, Plaintiff Brenda W. Goodman commenced this action in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina by filing a Complaint captioned: *Brenda W. Goodman v. Toriano Jermaine Harvell (Deceased) a/k/a Estate of Toriano Jermaine Harvell and ADM Trucking, Inc. and/or ADM Milling Co. and/or Archer Daniels Midland Company,* Civil Action No. 24CV043203-590 ("the State Court Action").

2. The Complaint and the related Summons from the State Court Action were served on ADM Trucking on September 20, 2024.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders that have been served on ADM Trucking in the State Court Action are attached hereto as **Exhibit A**.

4. The time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has therefore not yet expired.

5. Removal of this action is based on 28 U.S.C. § 1441 in that this is a civil action brought in a State court over which the district courts have original jurisdiction under 28 U.S.C. § 1332 on the grounds that complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. There is complete diversity of citizenship between Plaintiffs and ADM because:

    A. Plaintiff is a citizen of Mecklenburg County, North Carolina as alleged in Paragraph 1 of the Complaint;

    B. ADM Trucking is a corporation incorporated under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois, and thus is a citizen of both Delaware and Illinois for diversity purposes.

7. Based upon the allegations in the Complaint and certain information regarding Plaintiff's alleged damages and injuries received from Plaintiff's attorney, ADM Trucking believes and asserts that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs. Pursuant to 28 U.S.C. § 1446(c)(2), this Notice of Removal may assert the amount in controversy exceeds $75,000, exclusive of interest and costs, because the Plaintiff's Complaint seeks a money judgment, but North Carolina State practice and Rule 8(a)(2)

of the North Carolina Rules of Civil Procedure does not permit demand for a specific sum in the Plaintiffs' Complaint and only permits them to say that they are seeking damages in excess of $25,000.

8. Venue is proper in the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to this action occurred in this district and division, and at least one of the parties conducts business in, and may be found in, this district and division.

9. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal and a Notice of Filing Notice of Removal is being filed with the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina and is being served on Plaintiff's counsel.

WHEREFORE, having fulfilled all statutory requirements, Defendant ADM Trucking, Inc. removes the State Court Action, and requests that this Court assume full jurisdiction over the matter as provided by law, and permit this action to proceed before it as a matter properly removed thereto.

This the 18th day of October, 2024.

Respectfully submitted,

COZEN O'CONNOR

By: *s/ Zachary V. Renegar*
Zachary V. Renegar, N.C. Bar No. 38454
301 South College Street, Suite 2100
Charlotte, NC 28202
Phone: (704) 348-3446
Fax No.: (704) 817-0931
E-mail: zrenegar@cozen.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system, and served a copy upon all parties to this action by placing a copy of same in the United States mail, postage prepaid, addressed as follows:

> Andrew T. Downer
> The Downer Law Firm, P.A.
> 1410 West Morehead Street
> Suite 200
> Charlotte, NC 28208
> (704) 348-6700
> *Attorney for Plaintiff*

This the 18th day of October, 2024.

> By: *s/ Zachary V. Renegar*
> Zachary V. Renegar, N.C. Bar No. 38454
> 301 South College Street, Suite 2100
> Charlotte, NC 28202
> Phone: (704) 348-3446
> Fax No.: (704) 817-0931
> E-mail: zrenegar@cozen.com
>
> *Attorneys for ADM Trucking, Inc.*