IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00922-GCM

| | |
|---|---|
| BRENDA W. GOODMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TORIANO JERMAINE HARVELL<br>ADM MILLING CO.<br>ADM TRUCKING, INC.<br>ARCHER DANIELS MIDLAND<br>COMPANY,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Tia C. Ghattas (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Ghattas is admitted to appear before this court *pro hac vice* on behalf of Defendant ADM Trucking, Inc..

**IT IS SO ORDERED**.

Signed: December 9, 2024

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge